UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT A. STORY,

    Plaintiff,

v.

JOHN KANG, WILLIAM JOHNSON,
JAMES KANG, BRIAN MCDOUGAL,
THIAN-SONG TJOA, HENRI TCHEN,
DAVID BROWNE, SHEKHAR CHITNIS,
RICARDO A. SALAS, JACK CHITAYAT,
BETSY ATKINS, and JEFFREY OSTER,

    Defendants,

v.

LIQUIDMETAL TECHNOLOGIES, INC.,

    Nominal Defendant.
_____/

Case No.  8:04-CV-1587-SDM-TBM

## **DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Robert A. Story, on behalf of himself and derivatively on behalf of Liquidmetal Technologies, Inc., by and through its undersigned counsel, to dismiss with prejudice all of his claims, in their entirety, against all Defendants and Nominal Defendant.  Plaintiff is filing such Dismissal pursuant to the Order and Judgment Approving Settlement filed in Superior Court, State of California, County of Orange, in *Clair v. Kang, et al,* Case No. 04CC00551 (consolidated with 04CC00553) (Order filed on July 13, 2007).  A copy of the Order and Judgment is

available from the Civil Complex Center of the Superior Court of California, County of Orange.

      Dated:  August 22, 2007.

                                      Respectfully submitted,

                              By:  /s/William B. Federman
                                    William B. Federman
                                    FEDERMAN & SHERWOOD
                                    10205 N. Pennsylvania Ave.
                                    Oklahoma City, Oklahoma  73102
                                    Tel:  (405) 235-1560
                                    Fax:  (405) 239-2112
                                    *wfederman@aol.com*

                                    - and -

                                    David B. Ferebee (FBN 347620)
                                    WILLIS FEREBEE & HUTTON
                                    503 East Monroe Street
                                    Jacksonville, FL  32202
                                    Tel:  (904) 358-7001
                                    Fax:  (904) 353-2756

                                    *Attorneys for Plaintiff Robert A. Story*

I:\LiquidMetal\Derivative\Dismissal.DOC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notice of electronic filing to David B. Ferebee, Esq., of Willis Ferebee & Hutton; Jon P. Tasso, Esq., of Foley & Lardner LLP;  Richard S. Davis, Esq., of Foley & Lardner LLP;  and Tracy Nichols, Esq., and Tiffani Lee, Esq., of Holland & Knight LLP.

By: /s/ William B. Federman
William B. Federman